**Fill in this information to identify the case:**

Debtor 1    Wardell James Christopher Jr.
(Spouse, if filing)

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number    15-11100 TPA

---

Form 4100R

# Response to Notice of Final Cure Payment                              10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Lakeview Loan Servicing, LLC     **Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account:  4404

**Property address:** 261 East 31st Street
Number        Name

Erie,    PA    16504
City,   State   Zip

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.'

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   1/1/2021

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a.  Total postpetition ongoing payments due:                                     (a)  $ _____

   b.  Total fees, charges, expenses, escrow, and costs outstanding:            + (b)  $ _____

   c.  **Total**. Add lines a and b.                                                   (c)  $ _____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:                                                     __/__/____
                                                           MM / DD /YYYY

| Debtor(s) | Wardell James Christopher TPA | | | Case number (*if known*): 15-11100 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- **all payments received;**
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/Brian C. Nicholas Esquire – Atty. ID. 317240

Signature

Date  11/30/2020

Print  Brian C. Nicholas

Title: Attorney for Creditor

Company  KML Law Group, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  701  Market Street, Suite 5000
Number  Street

Philadelphia,  PA  19106
City  State  ZIP Code

Contact phone  201-549-5366

Email  bnicholas@kmllawgroup.com

Form 4100R  **Response to Notice of Final Cure Payment**  page **2**